UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOJELSY DAVID COLMENARES MENDOZA,<br><br>                Petitioner,<br><br>v.<br><br>FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, SAN DIEGO; and WARDEN, OTAY MESA DETENTION CENTER,<br><br>                Respondents. | Case No.: 3:26-cv-11-JES-VET<br><br>**ORDER FOR BOND HEARING** |

Before the Court is Petitioner Yojelsy David Colmenares Mendoza's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 4. In the response, Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a), pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025). Accordingly, the Court **GRANTS IN PART** the petition as follows:

//

    (1)    The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

    (2)    Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing.

In addition, Petitioner raises a due process violation and as an alternative to bond, also requests release from custody. ECF No. 1 at 3-4. Respondents' return does not address any issues other than *Maldonado Bautista*'s application to the case. *See* ECF No. 4. Accordingly, the Court **ORDERS** Respondents to file a supplemental brief, addressing any remaining arguments they wish to raise in response to the petition by **January 16, 2025**.

**IT IS SO ORDERED.**

Dated: January 12, 2026

*[signature]*

Honorable James E. Simmons Jr.
United States District Judge