UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOJELSY DAVID COLMENARES MENDOZA,<br><br>                  Petitioner,<br><br>v.<br><br>FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, SAN DIEGO; and WARDEN, OTAY MESA DETENTION CENTER,<br><br>                  Respondents. | Case No.: 26-cv-11-JES-VET<br><br>**ORDER:**<br><br>**(1) VACATING HEARING; and**<br><br>**(2) GRANTING IN PART AND DENYING IN PART AS MOOT PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

Before the Court is Petitioner Yojelsy David Colmenares Mendoza's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On January 22, 2026, Respondents filed a Notice of Compliance, notifying the Court that Petitioner received a bond hearing, where he was ordered released on bond. ECF No. 8.

//

//

//

//

//

Accordingly, the Court now **DENIES AS MOOT** the remainder of the petition. The Court also **VACATES** the hearing currently set for January 23, 2026. *See* ECF No. 7. The Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: January 22, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-11-JES-VET